UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN BRAUNSTEIN,

    Plaintiff,

v.                            Case No: 2:19-cv-700-FtM-29MRM

MARSH LANDING COMMUNITY ASSOCIATION AT ESTERO, INC. and TOWNE PROPERTIES ASSET MANAGEMENT COMPANY,

    Defendants.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #92) filed on June 19, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of June, 2020.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record